

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00428-CR

SAMANTHA LEE HOWARD                                           APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

## FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 1365143D

----------

## MEMORANDUM OPINION[1]

----------

Samantha Howard filed a pro se notice of appeal from the trial court's amendment of the conditions of her deferred adjudication community supervision. Not only has this court not received any written orders of the trial court, an order modifying the terms of deferred adjudication community supervision is not subject to a direct appeal to this court at the time it is rendered.

---

[1]*See* Tex. R. App. P. 47.4.

*Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *see Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) (holding that reasoning of *Basaldua*, which addressed a straight probation modification order, applies to the modification of terms of community supervision in deferred adjudication cases); *Helms v. State*, Nos. 02-14-00170-CR, 02-14-00171-CR, 2014 WL 3778283, at *1 (Tex. App.—Fort Worth July 31, 2014, no pet.) (mem. op., not designated for publication); *see also* Tex. R. App. P. 26.2(a)(1). Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 3, 2016